IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00686-WDM-BNB

MARTIN RAMIREZ, and
SYNERGEST, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EWORK, INC., a Delaware corporation, and
EWORD MARKETS, INC., a Delaware corporation, f/k/a "proSavvy Inc.," f/k/a "eWork Exchanges, Inc.," f/k/a "PenGroup, Inc.," f/k/a "Industry Innovations, Inc.," f/k/a "Premier Expert NetGroup, Inc.,"

Defendants.
_____

**ORDER**
_____

The parties appeared this afternoon for a scheduling conference. The proposed scheduling order was refused for reasons stated on the record.

IT IS ORDERED that a supplemental scheduling conference is set for **August 7, 2006, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a revised scheduling order consistent with our discussion this afternoon and submit it to the court on or before **August 3, 2006.**

IT IS FURTHER ORDERED that a settlement conference is set for **September 29, 2006,at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Attorneys and client representatives with full authority to settle the case must be present at the conference in person. (NOTE: This requirement is not fulfilled by

the presence of counsel alone.)  If an insurance company is involved, an adjustor authorized to enter into settlement must be present at the conference in person.  Each party shall submit a Confidential Settlement Statement to my chambers on or before **September 22, 2006**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that all settlement conferences that take place before the magistrate judge shall be confidential.

Dated July 21, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge