IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00686-WDM

MARTIN RAMIREZ, et al.,

    Plaintiffs,

v.

EWORK, INC., et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion for leave to file surreply is granted.

Dated:  August 7, 2006

                                                   s/ Jane Trexler, Judicial Assistant