IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00686-WDM-BNB

MARTIN RAMIREZ, and
SYNERGEST, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EWORK, INC., a Delaware corporation, and
EWORD MARKETS, INC., a Delaware corporation, f/k/a "proSavvy Inc.," f/k/a "eWork Exchanges, Inc.," f/k/a "PenGroup, Inc.," f/k/a "Industry Innovations, Inc.," f/k/a "Premier Expert NetGroup, Inc.,"

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiffs' **Motion and Memorandum for Leave to File Plaintiffs' Amended Class Action Complaint** [Doc. # 37, filed 8/8/2006] (the "Motion to Amend"). I am informed that the Motion to Amend is not opposed and should be granted as a matter of right.

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the *Amended Class Action Complaint for Damages and Injunctive Relief* [Doc. # 37-2] which is attached as an exhibit to the Motion to Amend.

IT IS FURTHER ORDERED that the hearing on the Motion to Amend set for August 30, 2006, at 8:30 a.m., is VACATED.

Dated August 29, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge