IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00686-WDM-BNB

MARTIN RAMIREZ, and
SYNERGEST, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EWORK, INC., a Delaware corporation, and
EWORD MARKETS, INC., a Delaware corporation, f/k/a "proSavvy Inc.," f/k/a "eWork Exchanges, Inc.," f/k/a "PenGroup, Inc.," f/k/a "Industry Innovations, Inc.," f/k/a "Premier Expert NetGroup, Inc.,"

Defendants.
_____

## ORDER
_____

This matter is before me on the parties' **Joint Motion to Alter Deadlines for Response and Reply on Plaintiffs' Motion for Class Certification** [Doc. # 42, filed 8/18/2006] (the "Motion").  Although the district judge has not retained for himself determination of the *Motion and Memorandum In Support of Motion for Class Certification* [Doc. # 41], he has referred to me the Motion, which addresses the briefing schedule of the class certification motion.

Good cause having been shown,

IT IS ORDERED that the Motion is GRANTED.  Defendants' response to the class certification motion shall be filed on or before **December 22, 2006**, and plaintiffs' reply in support of the class certification motion shall be filed on or before **January 22, 2007**.

Dated August 29, 2006.

                                             BY THE COURT:

                                             s/ Boyd N. Boland
                                             United States Magistrate Judge