IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00686-WDM-BNB

MARTIN RAMIREZ, and
SYNERGEST, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EWORK, INC., a Delaware corporation, and
EWORD MARKETS, INC., a Delaware corporation, f/k/a "proSavvy Inc.," f/k/a "eWork Exchanges, Inc.," f/k/a "PenGroup, Inc.," f/k/a "Industry Innovations, Inc.," f/k/a "Premier Expert NetGroup, Inc.,"

Defendants.
_____

## ORDER
_____

This matter is before me on **Defendants' Motion for Protective Order to Preclude Plaintiffs From Issuing and Enforcing Any Subpoenas to and Discussing This Litigation With eWork Markets' Clients (Fed. R. Civ. P. 26(c))** [Doc. # 60, filed 9/22/2006] (the "*Motion*"). I held a hearing on the *Motion* this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the *Motion* is GRANTED to the following extent:

(1) The parties are limited to **ten** third-person document subpoenas per side; and

(2) Prior to serving any document subpoena on a third-person, the party issuing the subpoena must confer, either in person or by telephone, with opposing counsel to

consider how the parties may avoid undue burden or expense on the person subject to the subpoena.

    Dated October 26, 2006.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge