IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00686-WDM

MARTIN RAMIREZ, et al.,

    Plaintiffs,

v.

EWORK, INC., et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to cite additional authority is granted.

Dated: January 24, 2007

                                              s/ Kathy Preuitt-Parks, Deputy Clerk