IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00686-WDM-BNB

MARTIN RAMIREZ, and
SYNERGEST, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EWORK, INC., a Delaware corporation, and
EWORD MARKETS, INC., a Delaware corporation, f/k/a "proSavvy Inc.," f/k/a "eWork Exchanges, Inc.," f/k/a "PenGroup, Inc.," f/k/a "Industry Innovations, Inc.," f/k/a "Premier Expert NetGroup, Inc.,"

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Joint Motion for Limited Discovery Stay and Settlement Conference** [Doc. # 129, filed 5/22/2007] (the "Motion"). The parties request a brief stay of discovery while they explore settlement; a prompt settlement conference; and leave for plaintiffs' client representative to attend the settlement conference by telephone.

IT IS ORDERED that the Motion is GRANTED as follows:

(1)   Discovery is STAYED to and including **June 29, 2007**, to allow the parties to explore settlement; and

(2)   The case is set for a settlement conference on **June 15, 2007, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel for all parties and a client representative for the defendants shall attend the

settlement conference in person; the plaintiffs' client representative(s) may attend by telephone. Each party shall submit a confidential settlement statement to my chambers on or before **June 8, 2007**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and all other essential elements of a settlement.

Dated May 22, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge