IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00686-WDM-BNB

MARTIN RAMIREZ,
SYNERGEST, INC., an Illinois corporation, on behalf of themselves and all others similarly situated,
RENE VISHNEY, and
ALTYRIS, INC., a North Carolina corporation,
on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

EWORK, INC., a Delaware corporation, and
EWORD MARKETS, INC., a Delaware corporation, f/k/a "proSavvy Inc.," f/k/a "eWork Exchanges, Inc.," f/k/a "PenGroup, Inc.," f/k/a "Industry Innovations, Inc.," f/k/a "Premier Expert NetGroup, Inc.,"

Defendants.
_____

**ORDER**
_____

This matter is before me on the **Joint Motion for Limited Discovery Stay** [Doc. # 138, filed 7/16/2007] (the "Motion"). The parties request a stay of discovery of 45 days while they continue to explore settlement. I previously granted a similar motion. Order [Doc. # 131, filed 5/23/2007].

I entered a Second Amended Joint Scheduling Order on August 7, 2006 [Doc. # 33] (the "Scheduling Order"). The Scheduling Order set a discovery cut-off of June 15, 2007. That date has elapsed. Until and unless an order enters extending the discovery period, there is no discovery to stay. In the meantime, however, I encourage the parties to continue their settlement efforts and to contact me if I can be of assistance in that regard.

IT IS ORDERED that the Motion is DENIED as moot.

Dated July 19, 2007.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge