UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 06-cv-00686-WDM-BNB

MARTIN RAMIREZ,
SYNERGEST, INC., an Illinois corporation,
RENE VISHNEY, and
ALTYRIS, INC., a North Carolina corporation,
on behalf of themselves,
and all others similarly situated

                Plaintiffs,

v.

eWORK, INC., a Delaware corporation, and
eWORK MARKETS, INC., a Delaware corporation,
f/k/a "ProSavvy Inc.,"
f/k/a "eWork Exchanges, Inc,"
f/k/a "PenGroup, Inc.",
f/k/a "Industry Innovations, Inc,"
f/k/a "Premier Expert NetGroup, Inc.,"

                Defendants.

## ORDER

This matter is before me on Class Counsel's Unopposed Motion for a Waiver of an Independent Attorney Affidavit Regarding Requested Award of Attorney's Fees with Request for an Expedited Ruling (Doc.No. 176). The motion points out that the requested attorney fees would be less than $50 an hour, well below any hourly rate charged for legal services in the Denver market. Requiring a fee affidavit pursuant to my established procedures would be a needless waste of limited resources under the circumstances.

Accordingly, it is ordered that the motion be granted and class counsel is not required to file an independent attorney affidavit pursuant to § 7 of my Pretrial and Trial Procedures.

DATED at Denver, Colorado, on August 25, 2008.

BY THE COURT:

s/ Walker D. Miller  
United States District Judge

PDF FINAL